1  JAQUELYNN C. POPE, SBN # 78600
   WARSHAW & POPE
2  934 Hermosa Ave., Suite 14
   Hermosa Beach, CA  90254
3  Tel  (310)  379-3410
   Fax (310)  376-6817
4
   KEITH M. FROMM, SBN # 73529
5  914 Westwood Blvd., Suite 500
   Los Angeles, CA  90024
6  Tel  (310) 556-0202
   Fax (310) 556-8282
7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  NORTH PACIFICA, LLC,                  )  Case No.:  C 03 4647
                                          )
12          Plaintiff,                    )
                                          )  STIPULATION AND [PROPOSED] ORDER
13      vs.                               )  TO ALLOW LATE FILING OF REPLY IN
                                          )  SUPPORT OF MOTION FOR ATTORNEYS
14  PETER DOUGLAS, as an individual;      )  FEES ON JUNE 14, 2005
    CHRISTOPHER KERN, as an individual;   )
15  PETER IMHOFF, as an individual, ,     )
                                          )  Date:  June 24, 2005
16                                        )  Time:  9:00 a.m.
                                          )  Courtroom:  10
17          Defendant                        Honorable Susan Illston

18

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF

Plaintiff's opposition to defendants' motion for attorneys' fees was due on June 3, 2005, and filed on June 7, 2005. The parties hereby stipulate that the defendants shall have until June 14, 2005 to file their Reply in Support of Defendants Motion for Attorneys Fees.

Dated: June 9, 2005 _____/s/_____
JAQUELYNN POPE
Attorney for Plaintiff

Dated: June 9, 2005 _____/s/_____
JOEL S. JACOBS
Attorney for Defendants

IT IS SO ORDERED

Dated: June \_\_\_, 2005

IT IS SO ORDERED
Judge Susan Illston

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEF