IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH PACIFICA, LLC,<br><br>           Plaintiff,<br><br> v.<br><br>Peter DOUGLAS, Peter IMHOF, and Christopher KERN,<br><br>           Defendants. | Case No. C 03-04647 SI<br><br>**[PROPOSED] SECOND AMENDED JUDGMENT** |

 Defendants' motions to dismiss and to strike have been granted, and this action has been dismissed without leave to amend. Accordingly, judgment is entered in favor of defendants and against plaintiff. In accordance with the Court's order of August 9, 2005 awarding attorneys fees, plaintiffs shall pay defendants the amount of $5,850, plus interest, to be calculated as specified in 28 U.S.C. § 1961, beginning on August 9, 2005.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: _____, 2008

                _____
                SUSAN ILLSTON
                United States District Judge

90079727.wpd
SF2002CV1216

Second Amended Judgment, Case No. C 03-04647 SI